In Young v. City of Gadsden, 482 So.2d 1158 (Ala. 1985), the Court held that general pre-race releases exculpating one of liability for negligent and wanton conduct were valid and not violative of public policy. The Court in Young noted that participation in automobile racing was a voluntary undertaking of a hazardous activity, involving a narrow segment of the public; and it held that general pre-race releases that exculpate one of liability, when voluntarily entered into, should be enforced. The undisputed evidence in the present case reveals that Barnes voluntarily entered into the release agreements, knowing of the dangerous nature of road races.
I would affirm the summary judgment as to BIR, NASCAR, Reuse, and Firestone, on the authority of Young.
ADAMS, J., concurs.